IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BERNICE HUTCHINS                                                     PLAINTIFF

v.                          Case No. 2:10-cv-116-DPM

FRED'S STORES OF TENNESSEE,
INC.                                                                 DEFENDANT

ORDER

Hutchins has stipulated, *Document No. 13*, that the amount in controversy is less than the jurisdictional threshold. She says, in particular, that she "will not seek and will not ask for damages in excess of $75,000; nor is the value of the case in excess of $75,000." *Document No. 13*, at 2. Fred's agrees with this assessment of the discovered facts on damages. *Document No. 14*. The law allows Hutchins to pick her forum by capping her damages. *Bell v. Hershey Company*, 557 F.3d 953, 958 (8th Cir. 2009); *Murphy v. Reebok International, Ltd.*, No. 4:11-cv-214-DPM, 2011 WL 1559234 (E.D. Ark. 22 April 2011). Hutchins has done so. Her motion, *Document No. 13*, is granted and the case is remanded to the Circuit Court of Lee County for want of subject matter jurisdiction.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>6 June 2011</u>